# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Adam Banfill | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00281-PJG-1 | 6/23/2023 | 4:34 - 4:40 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Nils Kessler | Defendant: James Stevenson Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read ✓<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  __ guilty
- __ Initial Pretrial Conference
- __ Detention  (waived __)
- __ Preliminary  (waived __)
- ✓ Rule 5 Proceeding
- ✓ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- ✓ Waiver of Rule 32.1 Hearings
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

Presentence Report:
  __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Mr. James Fisher appeared with defendant.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:  __ Yes  __ No
Defendant informed of right to appeal:  __ Yes  __ No
Counsel informed of obligation to file appeal:  __ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

**CASE TO BE:** Set for Hearing before Mag. Judge  **TYPE OF HEARING:** Preliminary/Detention Hearings

**Reporter/Recorder:** Digitally Recorded  **Courtroom Deputy:** A. Doezema