# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Adam Banfill | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00281-PJG-1 | 6/26/2023 | 10:40 - 11:30 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Nils Kessler | Defendant: James Stevenson Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- __ First Appearance
- __ Arraignment:
  - __ mute __ nolo contendre
  - __ not guilty __ guilty
- __ Initial Pretrial Conference
- ✓ Detention   (waived __)
- ✓ Preliminary  (waived __)
- ✓ Rule 5 Proceeding
- ✓ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- ✓ Bindover Order w/Detention
- __ Order Appointing Counsel
- ✓ Other: Commitment

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
  __ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Government calls PO Dominic Bumadianne for testimony; Probable Cause Found.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __Yes __No
Defendant informed of right to appeal:   __Yes __No
Counsel informed of obligation to file appeal: __Yes __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** Set for hearing in charging district | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |